# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **CRESTBROOK INSURANCE COMPANY,** *Plaintiff* | § § § § |
| v. | § § Case No. 1:24-CV-00294-DII |
| **JERRELL FREEMAN,** *Defendant* | § § § |

## ORDER

The parties filed their Scheduling Recommendations on May 8, 2024 (Dkt. 14). The Scheduling Recommendations do not conform to Judge Robert Pitman's Proposed Agreed Scheduling Order posted on the website for the U.S. District Court for the Western District of Texas. The parties must submit to the Court a proposed scheduling order that follows this form. W.D. TEX. LOC. R. CV-16(a).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Pitman's form on or before **May 31, 2024**.

**SIGNED** on May 22, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE